IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| KENNETH E. GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 07-1199-KI |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Linda S. Ziskin
3 Monroe Parkway, Suite P, PMB #323
Lake Oswego, Oregon 97035

    Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Britannia I. Hobbs
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600
Portland, Oregon 97204-2904

Page 1 - JUDGMENT

Richard A. Morris
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington  98104-7075

    Attorneys for Defendant

KING, Judge:

    Based on the record,

    The decision of the Commissioner is hereby REVERSED, and this case is REMANDED to the Commissioner for rehearing.

    Dated this ____7th_____ day of November, 2008.

                                              /s/ Garr M. King
                                              Garr M. King
                                              United States District Judge