UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**KENNETH E. GREEN,**

    Plaintiff,

vs.

**MICHAEL J. ASTRUE,
COMMISSIONER of Social Security,**

    Defendant.

CV # 07-1199-KI

ORDER FOR EAJA FEES

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7337.85, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412; expenses in the amount of $60.77; and costs in the amount of $356.00, pursuant to 28 U.S.C. 1920, should be awarded to Plaintiff; made payable to and mailed to Plaintiff's attorney, Linda Ziskin.

DATED this 2 day of February, 2009.

                HON. GARR M. KING
                UNITED STATES DISTRICT JUDGE

Presented by:

/s/___Linda Ziskin___
**LINDA ZISKIN,** OSB # 01106
(503) 889-0472
Attorney for Plaintiff